UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT W. FAHLBECK,<br>          Plaintiff<br><br>v.<br><br>ASTRAZENECA LP, STEPHEN P. GRENIER,<br>JACQUELINE A. GUNNERSON; and<br>ROBERT J. PETERS, JR.,<br>          Defendants | CIVIL ACTION NO. 04-40029 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice and without costs, with all rights of appeal to be waived.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| ROBERT W. FAHLBECK | ASTRAZENECA LP, STEPHEN P. GRENIER, JACQUELINE A. GUNNERSON; and ROBERT J. PETERS, JR., |
| By his attorneys, | By their attorneys, |
| LAW OFFICES OF<br>RICHARD A. MULHEARN | ROBINSON & COLE LLP |
| _/s/ Richard A. Mulhearn_<br>Richard A. Mulhearn, BBO #359680<br>41 Elm Street<br>Worcester, MA 01609 | _/s/ Catherine E. Reuben_<br>Catherine E. Reuben, BBO #552379<br>Alida Bográn-Acosta, BBO #566803<br>One Boston Place, 25th Floor<br>Boston, MA 02108-4404<br>Tel: 617-557-5900<br>Fax: 617-557-5999 |

Date: August __, 2004